UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2149 MRW | Date | June 25, 2024 |
|---|---|---|---|
| Title | Asgharzadeh v. BMW | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Eddie Ramirez | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    This is a civil Song-Beverly Act case assigned to Judge Wilner. In January 2024, the parties informed the Court that they settled the liability and damages portion of the action. The only remaining concern was the issue of attorneys' fees under the statute. (Docket # 91.)

    2.    At the parties' request, the Court set and extended deadlines to allow the parties to settle the fee issue or for Plaintiff to file a motion. (Docket # 92-94.) However, the last deadline expired two months ago.

    3.    The parties are therefore ordered to show cause why the action should not be dismissed and closed. Plaintiff may discharge this OSC by filing either: (a) a notice of dismissal, or; (b) a motion for fees. Plaintiff's submission will be due no later than July 12. Failure to file a responsive document will lead to the involuntary dismissal of the case under Federal Rule of Civil Procedure 41.

    4.    Note that Judge Wilner will be leaving the Court in mid-August. If the parties plan to adjudicate the fee issue, they will need to promptly consent to another magistrate judge of the Court or have the matter reassigned randomly to a district judge. I recommend that you make that decision by the July 12 date.